IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **JOHN L. McLEMORE, Trustee,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:08-cv-0021 |
| ) | Judge Trauger |
| **REGIONS BANK, as Successor in Interest** ) | |
| **by Merger to AMSOUTH BANK, and** ) | |
| **MID-ATLANTIC CAPITAL CORPORATION,** ) | |
| ) | |
| **Defendants.** ) | |

| | |
|---|---|
| **EFS, Inc.,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 3:08-cv-1003 |
| ) | Judge Trauger |
| **REGIONS BANK, as Successor in Interest** ) | |
| **by Merger to AMSOUTH BANK,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Judgment on the Pleadings filed by defendant Regions Bank in Case No. 3:08-cv-21 (Docket No. 106) is **GRANTED**, and plaintiff John McLemore's complaint is **DISMISSED**. Entry of this Order shall constitute the judgment in that case.

The Motion for Judgment on the Pleadings filed by defendant Regions Bank in Case No. 3:08-cv-1003 (Docket No. 108) is **GRANTED IN PART** and **DENIED IN PART**. All claims except those by plaintiffs Deborah Niedermeyer, Brian K. Allen, and James Simpson are

**DISMISSED**.

The joint Motion to Strike filed by the plaintiffs (Docket No. 112) is **DENIED**.

These two cases were previously consolidated. Because all claims in Case No. 3:08-cv-0021 have been dismissed, that case is now closed, and all future filings pertaining to the *EFS* plaintiffs should be filed under Case No. 3:08-cv-1003.

It is so Ordered.

Entered this 18th day of March 2010.

_____
ALETA A. TRAUGER
United States District Judge